GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED
2024 NOV 26 PM 2: 39
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-08435 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

vs.

Joseph Anthony Madero,

   Defendant.

**I N D I C T M E N T**

Violations:
18 U.S.C. §§ 922(a)(6) and 924(a)(2)
Making False Statement in Connection
With Acquisition of Firearms
Counts One – Thirty-One

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
21 U.S.C. § 853(p)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

### COUNTS ONE- THIRTY-ONE

On or about the dates listed below, in the District of Arizona, the Defendant JOSEPH ANTHONY MADERO, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

///

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 02/17/2022 | Turner's Outdoorsman | One (1) Canik, model TP-9SA, 9mm caliber pistol |
| 2 | 03/01/2022 | Turner's Outdoorsman | One (1) Chongqing Jianshe Industry, model M12AR, 12-gauge shotgun |
| 3 | 03/31/2022 | Turner's Outdoorsman | One (1) Tisas, model 1911A1 Service, .45 caliber pistol |
| 4 | 04/01/2022 | Liberty Pawn | One (1) Radical Firearms, model RF-15, 5.56mm caliber pistol, and one (1) Girsan, model Regard MC, 9mm caliber pistol |
| 5 | 04/02/2022 | Liberty Pawn | One (1) Metro Arms Corporation, model American Classic II, .38 caliber pistol, and one (1) Palmetto State Armory, model PA-15, 5.56mm caliber pistol |
| 6 | 04/06/2022 | Turner's Outdoorsman | One (1) Tisas, model M1911, .45 caliber pistol |
| 7 | 04/15/2022 | Turner's Outdoorsman | One (1) HS Produkt, model XD-9, 9mm caliber pistol |
| 8 | 04/16/2022 | Liberty Pawn | One (1) Ruger, model LCP, .380 caliber pistol |
| 9 | 04/18/2022 | Turner's Outdoorsman | One (1) Tisas, model Zig 1911A1 Service, .45 caliber pistol |
| 10 | 04/19/2022 | Liberty Pawn | One (1) Smith & Wesson, model M&P 40 Shield, .40 caliber pistol |
| 11 | 04/25/2022 | Liberty Pawn | One (1) American Tactical Imports, model Omni Hybrid, 5.56mm caliber pistol |

| | | | |
|---|---|---|---|
| 12 | 04/28/2022 | Turner's Outdoorsman | One (1) Heckler & Koch, model SPS, 9mm caliber pistol |
| 13 | 04/29/2022 | SNG Tactical | One (1) Pioneer Arms Corporation, model Hellpup, 7.62mm caliber pistol |
| 14 | 05/02/2022 | Liberty Pawn | One (1) Century Arms International, model VSKA, 7.62mm caliber rifle, and one (1) HS Produkt, model XDM Elite, 9mm caliber pistol |
| 15 | 05/04/2022 | Liberty Pawn | One (1) Girsan, model Regard MC, 9mm caliber pistol, and one (1) Ruger, model Ruger-57, 5.7mm caliber pistol |
| 16 | 05/06/2022 | SNG Tactical | One (1) Pioneer Arms Corporation, model Sporter, 7.62mm caliber rifle, and one (1) Radical Firearms, model RF-15, 5.56mm caliber rifle |
| 17 | 05/09/2022 | Turner's Outdoorsman | One (1) FN Herstal, model Five-Seven, 5.7mm caliber pistol |
| 18 | 05/14/2022 | Turner's Outdoorsman | One (1) Kimber, model Stainless LW, 9mm caliber pistol |
| 19 | 05/24/2022 | Turner's Outdoorsman | One (1) Masterpiece Arms, model MPA Defender, 9mm caliber pistol |
| 20 | 05/25/2022 | Liberty Pawn | One (1) Ruger, model PC Charger, 9mm caliber pistol |
| 21 | 05/26/2022 | Liberty Pawn | One (1) American Tactical Imports, model Omni Hybrid, 5.56mm caliber pistol |
| 22 | 05/29/2022 | Turner's Outdoorsman | One (1) Nova SCL, model NAK 9 Draco, 9mm caliber pistol |

*United States of America v. Joseph Anthony Madero*
*Indictment Page 3 of 7*

| | | | |
|---|---|---|---|
| 23 | 05/31/2022 | SNG Tactical | One (1) Riley Defense, model RAK47, 7.62mm caliber rifle |
| 24 | 05/31/2022 | SNG Tactical | One (1) ACP/ APINTL, model 200, .38 SPL caliber revolver |
| 25 | 06/05/2022 | Arizona Arms Sales | One (1) G Force, model GFY-1, 12-gauge shotgun |
| 26 | 06/05/2022 | HB Tactical | One (1) Anderson, model AM-15, 5.56mm caliber pistol |
| 27 | 06/07/2022 | SNG Tactical | One (1) DPMS, model Anvil, 7.62x39mm caliber rifle |
| 28 | 06/09/2022 | SNG Tactical | One (1) ACP/ APINTL, model M1911, .45 ACP caliber pistol |
| 29 | 06/14/2022 | Liberty Pawn | One (1) Del Ton, Inc., model DTI-15, 5.56mm caliber rifle |
| 30 | 06/22/2022 | Liberty Pawn | One (1) Girsan, model Regard MC, 9mm caliber pistol |
| 31 | 06/22/2022 | SNG Tactical | One (1) Palmetto State Armory, model AK-P7, 7.62x39mm caliber pistol |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts One through Thirty-One of this Indictment, defendant, JOSEPH ANTHONY MADERO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | Canik, model TP-9SA, 9mm caliber pistol | 16AP06190 |
| 2 | Chongqing Jianshe Industry, model M12AR, 12-gauge shotgun | AR2101944 |
| 3 | Tisas, model 1911A1 Service, .45 caliber pistol | T0620-22Z01390 |
| 4 | Radical Firearms, model RF-15, 5.56mm caliber pistol, | 20-009454 |
| 5 | Girsan, model Regard MC, 9mm caliber pistol | T6368-22A01643 |
| 6 | Metro Arms Corporation, model American Classic II, .38 caliber pistol | A20-10971 |
| 7 | Palmetto State Armory, model PA-15, 5.56mm caliber pistol | LW330376 |
| 8 | Tisas, model M1911, .45 caliber pistol | T0620-22Z01402 |
| 9 | HS Produkt, model XD-9, 9mm caliber pistol | BA563347 |
| 10 | Ruger, model LCP, .380 caliber pistol | 372468414 |
| 11 | Tisas, model Zig 1911A1 Service, .45 caliber pistol | T0620-22Z01345 |
| 12 | Smith & Wesson, model M&P 40 Shield, .40 caliber pistol | JHS4427 |
| 13 | American Tactical Imports, model Omni Hybrid, 5.56mm caliber pistol | NS392059 |
| 14 | Heckler & Koch, model SPS, 9mm caliber pistol | 271-010760 |
| 15 | Pioneer Arms Corporation, model Hellpup, 7.62mm caliber pistol | PAC1171716 |
| 16 | Century Arms International, model VSKA, 7.62mm caliber rifle | SV7119314 |
| 17 | HS Produkt, model XDM Elite, 9mm caliber pistol | AT276018 |
| 18 | Girsan, model Regard MC, 9mm caliber pistol | T6368-22A03660 |

| 19 | Ruger, model Ruger-57, 5.7mm caliber pistol | 643-67156 |
|---|---|---|
| 20 | Pioneer Arms Corporation, model Sporter, 7.62mm caliber rifle | PAC1173141 |
| 21 | Radical Firearms, model RF-15, 5.56mm caliber rifle | 2-018840 |
| 22 | FN Herstal, model Five-Seven, 5.7mm caliber pistol | 386422471 |
| 23 | Kimber, model Stainless LW, 9mm caliber pistol | KF99438 |
| 24 | Masterpiece Arms, model MPA Defender, 9mm caliber pistol | FX35386 |
| 25 | Ruger, model PC Charger, 9mm caliber pistol | 913-49806 |
| 26 | American Tactical Imports, model Omni Hybrid, 5.56mm caliber pistol | NS339061 |
| 27 | Nova SCL, model NAK 9 Draco, 9mm caliber pistol | RON2162119 |
| 28 | Riley Defense, model RAK47, 7.62mm caliber rifle | B45949 |
| 29 | ACP/ APINTL, model 200, .38 SPL caliber revolver | RIA2513315 |
| 30 | G Force, model GFY-1, 12-gauge shotgun | 21BP-3368 |
| 31 | Anderson, model AM-15, 5.56mm caliber pistol | 21429660 |
| 32 | DPMS, model Anvil, 7.62x39mm caliber rifle | AVS4700516 |
| 33 | ACP/ APINTL, model M1911, .45 ACP caliber pistol | RIA2506956 |
| 34 | Del Ton, Inc., model DTI-15, 5.56mm caliber rifle | DTI-S145887 |
| 35 | Girsan, model Regard MC, 9mm caliber pistol | T6368-22A03665 |
| 36 | Palmetto State Armory, model AK-P7, 7.62x39mm caliber pistol | P7-016991 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: November 26, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant U.S. Attorney