GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America, | 4:24-cr-08435-RM-LCK |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND QUASH ARREST WARRANT |
| Joseph Anthony Madero, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), and by leave of Court, the United States Attorney for the District of Arizona hereby dismisses the above captioned indictment with prejudice against defendant Joseph Anthony Madero, and moves to quash the summons for the defendant issued November 27, 2024.

Respectfully submitted this 18th day of December, 2024.

GARY M. RESTAINO
Acting United States Attorney
District of Arizona

*s/ Adam Rossi*

ADAM D. ROSSI
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 18th day of December, 2024, to:

Federal Public Defender