# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joseph Anthony Madero,<br><br>Defendant. | No. CR-24-08435-001-TUC-RM (LCK)<br><br>**ORDER** |

On motion of the United States of America (Doc. 5),

It is hereby ORDERED that the Indictment is DISMISSED WITH PREJUDICE, as to Joseph Anthony Madero, and the Summons issued on 11/27/2024 is QUASHED.

Dated this 20th day of December, 2024.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge

Cc: USMS – copy distributed